# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## MISCELLANEOUS ACTION

| | |
|---|---|
| **ALAN GRAYSON,** )<br><br>**PLAINTIFF,** )<br><br>**v.** ) `<br><br>**NO LABELS, INC., ET AL.** )<br><br>**DEFENDANTS, and** )<br><br>**RISING TIDE INTERACTIVE, LLC, and**<br>**LANDSCAPE MEDIA, LLC,**<br>  SERVE: Andrew Mirsky, Suite 313,<br>  2301 N Street, N.W., Washington, DC 20037,<br>**THE PIVOT GROUP, INC.,**<br>  SERVE: The Pivot Group, Inc. Third Floor,<br>  1509 16th Street, N.W., Washington, DC 20036,<br>**ANZALONE LISZT GROVE**<br>       **RESEARCH, INC.,**<br>  SERVE: Heather Standifer, Fourth Floor,<br>  260 Commerce Street, Montgomery, AL 36104<br>  and ALG, 1701 Rhode Island Avenue, N.W.,<br>  Washington, DC 20036,<br>      **and**<br>**BLANK ROME LLP,**<br>  SERVE:  Blank Rome LLP, 1825 I Street,<br>  N.W., Washington, DC 20006.<br><br>      **SUBPOENAED ENTITIES.** | Case: 1:21−mc−00152<br>Assigned To : Pan, Florence Y.<br>Assign. Date : 12/1/2021<br>Description: Misc.<br><br>**Miscellaneous**<br>**No._____** |

# <u>MISCELLANEOUS COMPLAINT</u>

1.      Plaintiff Alan Grayson ("Grayson") brings this miscellaneous action to enforce Rule 45 subpoenas issued against certain subpoenaed entities in an action pending in the U.S. District Court for the Middle District of Florida, Case No. 6:20-cv-1824-Orl-22LRH (the "M.D. Fla. action," or "action").

**<u>PARTIES</u>**

2.      Plaintiff Alan Grayson is a resident and citizen of Florida, at 8419 Oak Park Road, Orlando, FL 32819.  He is the Plaintiff in the M.D. Fla. action. He is represented in that action by Tucker Byrd and Mariah Manley, Esqs., Byrd Campbell, P.A., 180 Park Avenue North, # 2A, Winter Park, FL 32789, (407) 392-2285, TByrd@ByrdCampbell.com, MManley@ByrdCampbell.com.

3.      The Defendants in the M.D. Fla. action are No Labels, Inc.; Progress Tomorrow, Inc.; United Together, Inc.; Nancy Jacobson, and Mark Penn. In the M.D. Fla. action, Grayson has issued Rule 45 subpoenas to Rising Tide Interactive, LLC, Landscape Media, LLC, The Pivot Group, Inc., Anzalone Liszt Grove Research, Inc. ("ALG"), and Blank Rome LLP (the "Subpoenaed Entities"), *inter alia*.

4.      All of the Subpoenaed Entities other than Blank Rome LLP are headquartered within this judicial district.   The attorney for Blank Rome LLP who served the Defendants in the M.D. Fla. action maintains his office (and, on information and belief, the subpoenaed records) within this judicial district.  The

address for that office is Blank Rome LLP, 1825 IsC Street, N.W., Washington, DC 20006.  This Court is the "compliance court" for such records.

5.      The registered agent for Rising Tide Interactive, LLC and Landscape Media, LLC is Andrew Mirsky, Suite 313, 2301 N. Street, N.W., Washington, DC 20037.  Their office address is 1250 H Street, NW, Washington, DC 20005.

6.      The office address for the Pivot Group, Inc., is Third Floor, 1509 16th Street, N.W., Washington, DC 20036.

7.      ALG was served via its authorized agent, Heather Standifer, Fourth Floor, 260 Commerce Street, Montgomery, AL 36104.  On information and belief, however, the subpoenaed records are located at (or within the possession, custody or control of ALG staff working at) ALG's Washington, DC, office, at 1701 Rhode Island Avenue, N.W., Washington, DC 20036, and this Court is the "compliance court" for such records.

## JURISDICTION AND VENUE

8.      There is federal question jurisdiction for this action under 28 U.S.C. § 1331.[1]  This is the "compliance court" for the Rule 45 subpoenas issued to the Subpoenaed Entities.  *See* Fed. R. Civ. P. 45(d)(1).  Venue is proper under 28 U.S.C. § 1391.

---

[1] It is believed that there also is diversity of citizenship.

3

## ENFORCEMENT OF SUBPOENAS

9.      On or about September 24, 2021, initial subpoenas were issued to the Subpoenaed Entities, under the M.D. Fla. action.  These subpoenas required the production of documents in a time and place that conformed to Rule 45.

10.      On or about October 15, 2021, the M.D. Fla. Court ruled that the initial subpoenas were overly broad, and required that they be reissued.

11.      In accordance with this order, the subpoenas were reissued to the Subpoenaed Entities, on or about October 20, 2021 (Ex. A).  The reissued subpoenas also required the production of documents in a time and place that conformed to Rule 45.

12.      Grayson's attorneys have taken all reasonable steps to avoid imposing any undue burden or expense on the Subpoenaed Entities.

13.      The Subpoenaed Entities nevertheless have failed and refused to comply with the reissued subpoenas.

14.      Motions for summary judgment are due in the M.D. Fla. action in several weeks.  The failure of the Subpoenaed Entities to comply with the reissued subpoenas would result in substantial harm to Grayson's case.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Grayson respectfully requests an order and judgment:

4

(a) Ordering the Subpoenaed Entitles, individually, to comply with the
subpoenas immediately; and/or

(b) Holding the Subpoenaed Entities, individually, in contempt of court
under Rule 45(g), and requiring immediate compliance; and

(c) Awarding such other or further relief as the Court may deem just and
appropriate.

Respectfully submitted,

/s/ Alan Grayson
Alan Grayson, Esq.
Mailing address:
8419 Oak Park Road
Orlando, FL 32819
(407) 493-9633
[no fax number]
grayson@graysonlaw.net

Date: December 1, 2021                    *Pro se.*[2]

---

[2] Grayson is a member of the Bar of this Court, D.C. Bar No. 388633.